

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00672-CR

Daniel Harlin **CONN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 23-03-14629-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED December 23, 2024.

_____
Beth Watkins, Justice